IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| C47 TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>        Defendants. | Civil Action No. 2:24-cv-372 |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND <u>WAIVER OF FOREIGN SERVICE REQUIREMENT</u>**

On this day came for consideration Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. After considering the same, the Court is of the opinion that the Motion should be GRANTED.

The deadline for Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including September 16, 2024.

IT IS FURTHER ORDERED that service of process for Samsung Electronics Company, Ltd. has been waived.