**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| C47 TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:24-CV-00372-JRG<br><br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| C47 TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LENOVO GROUP LTD., et al.,<br><br>    Defendants. | Civil Action No. 2:24-CV-00406-JRG<br><br>(MEMBER CASE) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

On this day came for consideration Defendants LCFC (Hefei) Electronics Technology Co. Ltd. d/b/a LC Future Center and Lenovo Compal Future Center, Lenovo (Beijing) Limited, Lenovo (Shanghai) Electronics Technology Co. Ltd., Lenovo (Thailand) Limited, Lenovo Centro Tecnolgico S. de R.L. de C.V., Lenovo Information Products (Shenzhen) Co. Ltd., Lenovo PC HK Ltd., Motorola Mobile Communication Technology Ltd., and Motorola (Wuhan) Mobility Technologies Communication Company Limited's Unopposed Motion for Extension of Time to

Move, Answer, or Otherwise Respond to Plaintiff's Amended Complaint. After considering the same, the Court is of the opinion that the Motion should be GRANTED.

The deadline for Defendants LCFC (Hefei) Electronics Technology Co. Ltd. d/b/a LC Future Center and Lenovo Compal Future Center, Lenovo (Beijing) Limited, Lenovo (Shanghai) Electronics Technology Co. Ltd., Lenovo (Thailand) Limited, Lenovo Centro Tecnolgico S. de R.L. de C.V., Lenovo Information Products (Shenzhen) Co. Ltd., Lenovo PC HK Ltd., Motorola Mobile Communication Technology Ltd., and Motorola (Wuhan) Mobility Technologies Communication Company Limited to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including March 11, 2025.